IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Alan Blackburn,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>State of Minnesota, Minnesota Department of Revenue, Dan Salomone, Lori Johnson, Wende O'Brien, Thomas Maier,<br><br>　　　　　　　　Defendants. | Case No. 04-CV-3082 (RHK/RLE)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, the above-entitled action has been fully compromised and settled,

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiff Alan Blackburn and Defendants State of Minnesota, Minnesota Department of Revenue, Dan Salomone, Lori Johnson, Wende O'Brien, and Thomas Maier, through their respective counsel, that the above-entitled matter, together with all causes of action and claims that were or that might have been alleged therein, may be and are dismissed on the merits with prejudice, and that the Court may enter and file the attached Order.

Dated: September 1, 2004.

s/**Geoffrey R. Surtees**
GEOFFREY R. SURTEES
KY Bar #89063
Attorneys For Plaintiff
American Center
 For Law & Justice
6375 New Hope Road
New Hope, KY 40052
Phone: 1-502-549-7020
Fax: 1-502-549-5252

Dated: September 13, 2004.

s/ **Gary R. Cunningham**
Gary R. Cunningham
Bar Number 180610
Attorney for Defendant
Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5705
Fax: (651) 282-5832

AG: #1282367-v1